# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2019

157533

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANTHONY BARON YOUNG, Personal
Representative of the Estate of KEN YOUNG,
Plaintiff-Appellee,

v

WALTON OIL, INC.,
Defendant-Appellant.

_____/

SC: 157533
COA: 333794
Oakland CC: 2015-145680-NO

On order of the Court, the application for leave to appeal the February 6, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2019



Clerk

a0611